88 So.2d 580

**Otelia PERRY**

v.

**CITY OF BIRMINGHAM.**

**6 Div. 43.**

Supreme Court of Alabama.

June 21, 1956.

Morel Montgomery, Birmingham, for petitioner.

J. Reese Johnston, Jr., Birmingham, opposed.

STAKELY, Justice.

Petition of Otelia Perry for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Perry v. City of Birmingham, 88 So.2d 577.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.